**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

RICHARD OWENS, SR.                                                                                       PLAINTIFF

v.                                        1:12-cv-00014-JLH-JJV

FURGUSON, Lt., Independence County Jail;
RENEW, Nurse, Independence County Jail                                                       DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to Chief United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

### I.  ANALYSIS

While a pretrial detainee in the Independence County Detention Facility, Mr. Owens filed a *pro se* Complaint pursuant to 42 U.S.C. 1983. His Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 1) was denied as incomplete. (Doc. No. 3) The Court directed him to either submit the $350 filing fee or a properly completed Application within thirty days, and notified him that failure to comply with the Order could result in the dismissal of his case without prejudice. (*Id.*) To date, Plaintiff has not provided a completed Application or $350 filing fee. Therefore, the Court finds that the Complaint (Doc. No. 2) should, therefore, be DISMISSED without prejudice.

### II.  CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any order and judgment adopting this Recommended Disposition would not be taken in good faith.

DATED this 24th day of April, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE